UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

MERRILL LYNCH BUSINESS FINANCIAL
SERVICES INC.,

                    Plaintiff,

                 -against-

J.S. SUAREZ, INC., RAMONA SUAREZ, MATTHEW
SUAREZ, and "JOHN DOE #1" THROUGH
"JOHN DOE #12 the last twelve names being fictitious
and unknown To plaintiff, being persons having or
claiming an interest in or lien upon the chattel described
in the complaint,

                    Defendants.
------------------------------------------------------------------x

07-CV-7048 (LAP) [struck through]

07CV 9728 (NRB)

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Merrill Lynch Business Financial Services Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: Merrill Lynch & Co., Inc.

Dated: New York, New York
       October 31, 2007

                                                   SPENCER L. SCHNEIDER (SS-2471)

                                                   Attorney for Plaintiff
                                                   70 Lafayette Street, 7th Floor
                                                   New York, NY 10013
                                                   Tel: 212-233-7400
                                                   Fax: 212-233-9713
                                                   sschneider@slsatty.com