UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                       :

MERRILL LYNCH BUSINESS FINANCIAL
SERVICES INC.,                                                                           07 CV ____ (___)

               Plaintiff,                                      **ORDER TO SHOW CAUSE**

               -against-

J.S. SUAREZ, INC., RAMONA SUAREZ, MATTHEW
SUAREZ, and "JOHN DOE #1" THROUGH
"JOHN DOE #12 the last twelve names being fictitious
and unknown To plaintiff, being persons having or
claiming an interest in or lien upon the chattel described
in the complaint,

               Defendants.
------------------------------------------------------------------------x

      Upon the Declaration of Daniel J. Downs, sworn to October 31, 2007, it is

      **ORDERED**, that defendant J.S. Suarez, Inc. or its attorney show cause before this Court, at Room __, United States Courthouse, 500 Pearl Street, New York, NY 10007, on the __ day of _____, 2007, at ____ a.m./p.m., or as soon thereafter as counsel may be heard, why (a) an order of seizure should not be issued herein, pursuant to FRCP Rule 64 and NY CPLR § 7102, directing the Sheriff, or a US Marshall, to seize the Collateral, as defined and described in the aforesaid declaration, to wit, accounts, chattel paper, contract rights, inventory, equipment, deposit accounts, documents, instruments, investment property and financial assets, wherever located, and all the proceeds thereof of J.S. Suarez, Inc., and (b) an order should not be issued herein, pursuant to FRCP Rule 26(d) and NY CPLR § 7112, scheduling the deposition of one of J.S. Suarez, Inc.'s principals, Ramona Suarez or Matthew Suarez, for the purpose of determining the whereabouts of the Collateral; and it is further,

**ORDERED**, that service of a copy of this order, and all supporting papers thereof, be served, on or before the __ day of November 2007, shall be deemed good and sufficient notice hereof.

Dated:  New York, New York
        November __, 2007

_____
United States District Judge