AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern         District of         New York

Merrill Lynch Business Financial Services Inc.,

V.

J.S. Suarez, Inc., Ramona Suarez, Matthew Suarez, U.S. Small Business Administration and "John Doe #1" through "John Doe #12", are fictitious and unknown to plaintiff

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CIV 9728
JUDGE BUCHWALD

TO: (Name and address of Defendant)
Matthew Suarez, 250 East 73rd Street, Apt 18G, New York, NY 10021

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
Spencer L. Schneider, Esq., 70 Lafayette St, NY, NY 10013

an answer to the complaint which is served on you with this summons, within  Twenty (20)  days after serv of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with Clerk of this Court within a reasonable period of time after service.

NOV 0 2 2007

CLERK  J. MICHAEL McMAHON                    DATE         Format m/d/yyyy

(By) DEPUTY CLERK

---

MERRILL LYNCH BUSINESS FINANCIAL SERVICES INC.

Plaintiff(s)

- against -

J.S. SUAREZ, INC., ETAL

Defendant(s)

Index #: 07 CV 9728 BUCHWALD

Date Filed:

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 5, 2007 at 03:12 PM at

C/O J.S. SUAREZ INC.
5 WEST 56TH STREET
NEW YORK, NY 10019

deponent served the within true copy of the SUMMONS & COMPLAINT, CIVIL COVER SHEET, ORDER TO SHOW CAUSE, DECLARATION OF DANIEL J DOWNS, MEMO OF LAW, JUDGES' RULES on MATTHEW SUAREZ, the defendant/respondent therein named.

**INDIVIDUAL** by delivering a true copy of each to said defendant/respondent personally; deponent knew the person so served to be the person described as the defendant/respondent therein and he identified himself as such.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BROWN | GREY/BLACK | 46 | 5'10 | 160 |

**MILITARY SERVICE**  Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the defendant/respondent in this action.

Sworn to me on: November 6, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

BYRAN E. MCELDERRY
License #: 869802
Docket #: 519178