UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

MERRILL LYNCH BUSINESS FINANCIAL
SERVICES INC.,

                     Plaintiff,

                  -against-

J.S. SUAREZ, INC., RAMONA SUAREZ, MATTHEW
SUAREZ, and "JOHN DOE #1" THROUGH
"JOHN DOE #12 the last twelve names being fictitious
and unknown to plaintiff, being persons having or
claiming an interest in or lien upon the chattel described
in the complaint,

                     Defendants.

-------------------------------------------------------------x

07 CV 9728 (NRB)

**STIPULATION**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/07

      **IT IS HEREBY STIPULATED AND AGREED TO**, by and between the undersigned, the attorneys for plaintiff and defendants by J.S. Suarez, Inc., Ramona Suarez, and Matthew Suarez, as follows:

      1. Plaintiff's pending motion for an order of seizure is hereby adjourned from November 15, 2007 to November 27, 2007, at 2:30 pm. Defendant's opposition papers will be due in hand to plaintiff's counsel and the court no later than 48 hours before said time.

      2. Pending the hearing of this motion, and except for ordinary course of business transactions, J.S. Suarez, Inc. is hereby temporarily restrained from removing, transferring, selling, pledging, assigning, or otherwise disposing of or permitting to become subject to a security interest or lien, the collateral defined and described in the Declaration of Daniel J. Downs, dated October 31, 2007, filed in support of plaintiff's motion for seizure.

      3. By no later than November 20, 2007, counsel for defendants will deliver an inventory report to counsel for plaintiff detailing the inventory of J.S. Suarez, Inc.

Dated: New York, New York
November 14, 2007

SPENCER L. SCHNEIDER (SS-2471)

*[signature]* / WCJ
Attorney for Plaintiff
70 Lafayette Street, 7th Floor
New York, NY 10013
Tel: (212) 233-7400
Fax (212) 233-9713
sschneider@slsatty.com

NESENOFF & MILTENBERG, LLP

By: *[signature]*
Andrew Miltenberg, Esq. (AM-____)
Attorney for Defendants
363 Seventh Avenue, 5th Floor
New York NY 10001
Tel: (212) 736-4500
Fax: (212) 736-2260
amiltenberg@nmllplaw.com

SO ORDERED:

*[signature]*
U.S.D.J.   11/14/07

2