TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
*Attorneys for Defendants*
425 Park Avenue
New York, New York 10022
(212) 754-9400
Scott S. Markowitz (SSM-0849)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

MERRILL LYNCH BUSINSESS FINANCIAL
SERVICES, INC.

       Plaintiff,

-against-

J.S. SUAREZ, INC., RAMONA SUAREZ,
MATTHEW SUAREZ, and "John Doe #1 "THROUGH
"JOHN DOE #12 the last twelve names being fictitious
and unknown to plaintiff, being persons having or claiming
interest in or lien upon the chattel described in the complaint

       Defendant.
------------------------------------------------------X

Index No. 07 CV 9728 (NRB)

## STIPULATION AND ORDER SUBSTITUTING COUNSEL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel and the defendants that the firm Todtman, Nachamie, Spizz & Johns, P.C. shall be substituted as counsel for the firm of Nesenoff & Miltenberg, L.P. as counsel for defendants.

Dated: New York, New York
       November 19, 2007

Nesenoff & Miltenberg, LLP

By: _____
Andrew Miltenberg, Esq. (AM-7006)
363 Seventh Avenue
5th Floor
New York, New York 10001
(212) 736-4000

232601.1

Dated: New York, New York
November 19, 2007

Tadman Nachamie, Spizz & Johns, P.C.
Attorneys for Defendants

By: _____
Scott S. Markowitz, Esq. (SSM-0849)
425 Park Avenue
New York, New York 10022
(212) 754-9400

J.S. Suarez Inc.

By: _____
Matthew Suarez

By: _____
Ramona Suarez

By: _____
Matthew Suarez

232861.1

TOTAL P.03