TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
*Attorneys for Defendants*
425 Park Avenue
New York, New York 10022
(212) 754-9400
Scott S. Markowitz (SSM-0849)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MERRILL LYNCH BUSINSESS FINANCIAL
SERVICES, INC.

        Plaintiff,                      Index No. 07 CV 9728 (NRB)

    -against-

J.S. SUAREZ, INC., RAMONA SUAREZ,
MATTHEW SUAREZ, and "John Doe #1 "THROUGH
"JOHN DOE #12 the last twelve names being fictitious
and unknown to plaintiff, being persons having or claiming
interest in or lien upon the chattel described in the complaint

        Defendant.
------------------------------------------------------------------X

## **ANSWER**

Defendants, J.S. Suarez, Inc. Ramona Suarez and Matthew Suarez by their counsel Todtman, Nachamie, Spizz & Johns, P.C., submit the following answer to the complaint dated October 31, 2007 (the "Complaint").

    1.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in ¶1 of the Complaint.

    2.    Admit that J.S. Suarez, Inc. is a New York Corporation but deny that it has a principal place of business at 5 West 56th Street, New York, New York.

    3.    Admit the allegations set forth in ¶3 of the Complaint.

    4.    Admit the allegations set forth in ¶4 of the Complaint.

    5.    Deny the allegations set forth in ¶5 of the Complaint.

  6. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in ¶6 of the Complaint.

  7. Admit the allegations set forth in ¶7 of the Complaint.

  8. Admit the allegations set forth in ¶8 of the Complaint.

  9. Deny the allegations set forth in ¶9 of the Complaint.

  10. Admit the allegations set forth in ¶10 of the Complaint.

  11. Admit the allegations set forth in ¶11 of the Complaint.

  12. Admit the allegations set forth in ¶12 of the Complaint.

  13. Admit the allegations set forth in ¶13 of the Complaint.

  14. Admit the allegations set forth in ¶14 of the Complaint.

  15. Deny the allegations set forth in ¶15 of the Complaint except admit that J. S. Suarez, Inc. agreed to repay the loan.

  16. Submit that the allegations set forth in ¶16 of the Complaint represent conclusions of law and do not require a responsive pleading.

  17. Deny the allegations set forth in ¶17 of the Complaint.

  18. Admit the allegations set froth in ¶18 of the Complaint.

  19. Admit the allegations set forth in ¶19 of the Complaint.

  20. Admit the allegations set forth in ¶20 of the Complaint.

  21. Admit the allegations set forth in ¶21 of the Complaint.

  22. Admit the allegations set forth in ¶22 of the Complaint.

  23. Deny the allegations set forth in ¶23 of the Complaint.

  24. With respect to the allegations set forth in ¶24 of the Complaint, Defendants incorporate by reference the answers set forth above as if fully set forth herein.

  25. Admit the allegations set forth in ¶25 of the Complaint except dispute

232779.1

the amount of the indebtedness.

26. Admit the allegations set forth in ¶26 of the Complaint.

27. Deny the allegations set forth in ¶27 of the Complaint.

28. With respect to the allegations set forth in ¶28 of the Complaint, Defendants incorporate by reference the answers set forth above as if fully set forth herein.

29. Deny the allegations set forth in ¶29 of the Complaint.

30. Deny the allegations set forth in ¶30 of the Complaint.

31. Deny the allegations set forth in ¶31 of the Complaint.

32. Deny the allegations set forth in ¶32 of the Complaint.

## AFFIRMATIVE DEFENSE

The Summons and Complaint were not served upon Defendants JS Suarez, Inc. and Ramona Suarez and as such, the court lacks subject matter jurisdiction over these Defendants.

Dated: New York, New York
       November 26, 2007

                              Todtman, Nachamie, Spizz & Johns, P.C.
                              *Attorneys for Defendants*


                              By:        /s/ Scott S. Markowitz
                                     Scott S. Markowitz (SSM-0849)
                                     425 Park Avenue
                                     New York, New York 10022
                                     (212) 754-9400

232779.1