TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
*Attorneys for Defendants*
425 Park Avenue
New York, New York 10022
(212) 754-9400
Scott S. Markowitz (SSM-0849)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MERRILL LYNCH BUSINSESS FINANCIAL
SERVICES, INC.

        Plaintiff,                        Index No. 07 CV 9728 (NRB)

      -against-

J.S. SUAREZ, INC., RAMONA SUAREZ,
MATTHEW SUAREZ,and "John Doe #1 "THROUGH
"JOHN DOE #12 the last twelve names being fictitious
and unknown to plaintiff, being persons having or claiming
interest in or lien upon the chattel described in the complaint

        Defendant.
------------------------------------------------------------X

## DEFENDANT'S OPPOSITION TO PLAINTIFF'S REQUEST FOR SIEZURE ORDER

**TO:   THE HONORABLE NAOMI R. BUCHWALD
UNITED STATES DISTRICT COURT JUDGE**

J.S. Suarez, Inc., by and through its attorneys, Todtman, Nachamie, Spizz & Johns, P.C., respectfully submits the following in opposition to Merrill Lynch's motion for an order of siezure.[1]

### INTRODUCTION

1.    On or about June 14, 2004, Merrill Lynch through its small business unit Merrill Lynch Business Financial Services, Inc. made a $600,000.00 secured working

---

[1] Plaintiff also seeks to compel discovery to ascertain the whereabouts of its collateral. The Defendants have no objection to this request.

capital loan to J.S. Suarez, Inc. ("JS"). Merrill Lynch aggressively solicited these types loans as they were able to obtain a brokerage client at the same.

2. JS was a family business with one retail store located at 450 Park Avenue, New York, New York. JS was engaged in the retail sale of handbags. Unfortunately, due to a significant decrease in business and increased rent,[2] JS ceased operations on October 1, 2007 and vacated its store premises. JS owes in excess of $350,000.00 to its former landlord. JS also has significant trade debt.

3. In early 2007, at a time when JS's business was suffering, Merrill Lynch advised JS that it wanted out of the loan. JS was current on its interest payments but arguably was in technical default under the loan covenants.

4. By an agreement dated June 5, 2007, JS and Merrill Lynch agreed that the loan would be reduced gradually during June, July, August and September and that the loan would be fully paid by September 30, 2007. JS was not represented by counsel in connection with the loan modification agreement. Based upon past history, JS reasonably believed that Merrill Lynch would further extend the loan and afford JS a reasonable period of time to satisfy the loan.

5. JS made payments to Merrill Lynch but was unable to fully repay the loan by September 30, 2007. JS had certain securities on deposit with Merrill Lynch and Merrill Lynch liquidated the securities in October 2007, thereby reducing the loan to $193,478.78. See **Exhibit "A"**.

6. In or about May 25, 2007, Matthew Suarez and Ramona Suarez formed a limited liability company by the name of Suarez New York, LLC. See **Exhibit "B"**.

---

[2] As of August 2007, JS' rent was approximately $60,000.00 a month as its store was located on Park Avenue between 56th and 57th Street.

232787.1

2

Suarez New York, LLC was capitalized by Gloria Suarez, Joseph Suarez and Ramona Suarez. Suarez New York, LLC obtained a lease for a store at 5 West 56th Street. Suarez New York, LLC purchased new inventory some with cash and some on credit and has been operating since October 2007.

7. Approximately $200,000.00 at wholesale cost of inventory owned by JS was transferred to Suarez New York, LLC. The balance of Suarez New York LLC's inventory is new inventory which is not subject to Merrill Lynch's security interest.

## THE COURT SHOULD DENY MERRILL LYNCH'S REQUEST FOR A SIEZURE ORDER AND HAS DISCRETION TO DO SO

8. JS does not dispute that Merrill Lynch has a lien upon approximately $200,000.00 of inventory which was transferred to Suarez New York, LLC. However, a portion of this inventory has been sold in the ordinary course of business. If the court grants a siezure order it will substantially disrupt Suarez New York, LLC's business during the busy holiday season.[3] In addition, the siezure order can only be directed to the inventory which was transferred from JS to Suarez New York, LLC. Absent commencing an action against Suarez New York, LLC and demonstrating that Suarez New York is a successor to JS, the court cannot enter a siezure order against Suarez New York, LLC's assets. Suarez New York LLC is not a party to this action.

9. In its memorandum of law in support of the seizure order, Merrill Lynch cites <u>Christie's Inc. v. Davis</u>, 247 F.Supp 2d, 414, 419 (S.D.N.Y. 2001) which quotes from the <u>Honeywell Information System, Inc.</u> case for the proposition that the sole issue is which party has the "superior possessory right" to the chattels. This statement of law

---

[3] Siezure would not result in an immediate satisfaction of the loan as the liquidation value of the handbags is substantially less than wholesale value.

is incomplete. As Judge Haight of this court explained in <u>Airlines Reporting Corp. v. Omina Travel Service, Inc.</u> 1986 WL 4900 (S.D.N.Y.), the revisions to the New York replevin statute made in 1979 provide that court with discretion to determine whether a moving party is entitled to an order of seizure on a provisional basis. Judge Haight pointed out that the traditional requirements for the issuance of preliminary injunctive relief including irreparable harm should govern provisional remedies.

10. Merrill Lynch's own financial problems have been well chronicled in the media. The Defendants understand that Merrill Lynch wants to obtain a quick repayment of the loan. However, it is unreasonable to expect a small business experiencing its own financial problems to be able to reduce a loan from $600,000.00 to zero in six (6) months. The loan has been reduced to $193,000.00.[4]

11. Given a reasonable period of time, JS and the guarantors fully intend to repay the loan. If the court grants a siezure order, Suarez New York, LLC will have no choice but to file a chapter 11 to prevent Merrill Lynch from interfering with its holiday business and/or taking collateral which it has no rights in. A chapter 11 filing is costly in comparison to the amount owed to Merrill Lynch and would likely result in a plan of reorganization providing for a payout of the loan. The balance of equities weigh in favor of denying the provisional relief sought by Merrill Lynch.

12. This court is a court of equity as is a bankruptcy court which is a unit of the district court. The district court has powers under the all writs act to grant or deny equitable relief. Here, it would not be equitable to grant a siezure order under the circumstances. The loan has been reduced from $600,000.00 to approximately

---

[4] Merrill Lynch claims it is owed $226,451.14 as of October 29, 2007. However, its own statement indicates the balance is $193,478.78.

$200,000.00 in the last four (4) months. Given a reasonable period of time, the loan will be fully repaid.

**WHEREFORE**, it is respectfully requested that the court deny the request for siezure and grant such other relief as the court deems just and proper.

Dated: New York, New York
November 26, 2007

        Todtman, Nachamie, Spizz & Johns, P.C.
        *Attorneys for Defendants*

By: _____
        Scott S. Markowitz (SSM-0849)
        425 Park Avenue
        New York, New York 10022
        (212) 754-9400

EXHIBIT "A"

S. SUAREZ INC.
150 PARK AVE
NEW YORK NY 10022-2605

**Need Investment Guidance?**
Call Your Financial Advisor

**Your Financial Advisor:**
VINCENT E YACKERY
1251 AVE OF AMERICAS, 24TH FL.
NEW YORK N.Y. 10020
(800) 999-1185

If you have questions on your statement,
call 24-Hour Assistance:
(866) 4MLBUSINESS
(866) 465-2874
Access Code: 91-850-07236
Vince_Yackery@ml.com

Up-to-date account information can be viewed at: www.businesscenter.ml.com where your statements are archived for three or more years.

Primary Account: 850-07A36

# YOUR MERRILL LYNCH REPORT

September 29, 2007 - October 31, 2007

**TOTAL MERRILL**

## PORTFOLIO SUMMARY

|  | October 31 | September 28 | Month Change |
|---|---|---|---|
| **Net Portfolio Value** | | | |
| Your assets | | | |
| Your liabilities | | | |
| Your Net Cash Flow (Inflows/Outflows) | | ($4,731.35) | |
| Securities You Transferred In/Out | | | |
| **Subtotal Net Contributions** | | ($4,731.35) | |
| Your Dividends/Interest Income | | | |
| Your Market Change | | | |
| **Subtotal Investment Earnings** | | | |



Net Portfolio Value (in thousands), 2004-2007

12.4 — 12.5 — 14.1 — 9.31 — 2 — 2.53 — 0 — (0.22)
9/04  12/04  12/05  12/06  1Q07  2Q07  3Q07  10/07

4 pages
D. HATT
212-315-3113

NEW MERRILL LYNCH PRODUCTS PROTECT YOUR FINANCIAL SECURITY
Merrill Lynch now offers Preferred Identity Theft Restoration assistance and Credit Monitoring. Contact your Financial Advisor for details.

Online at: www.businesscenter.ml.com

J.S. SUAREZ INC.
450 PARK AVE
NEW YORK NY 10022-2605

Account Number: 850-07A36

24-Hour Assistance: (866) 4MLBUSINESS
Access Code: 91-850-07236

**Net Portfolio Value:**

Your Financial Advisor:
VINCENT E YACKERY
1251 AVE OF AMERICAS, 24TH FL
NEW YORK, N.Y. 10020
Vince_Yackery@ml.com
(800) 999-1185

**TOTAL MERRILL®**

**$0.00**

# WCMA® ACCOUNT

September 29, 2007 - October 31, 2007

## ASSETS

| | October 31 | September 28 |
|---|---|---|
| Cash/Money Accounts | . | . |
| Fixed Income | . | . |
| Equities | . | . |
| Mutual Funds | . | . |
| Options | . | . |
| Other | . | . |
| Subtotal (Long Portfolio) | . | . |
| **TOTAL ASSETS** | . | . |

## LIABILITIES

| | | |
|---|---|---|
| Debit Balance | . | . |
| Short Market Value | . | . |
| **TOTAL LIABILITIES** | . | . |
| **NET PORTFOLIO VALUE** | . | . |

## CASH FLOW

| | This Statement | Year to Date |
|---|---|---|
| Opening Cash/Money Accounts | . | . |
| **CREDITS** | | |
| Funds Received | . | 1,581,877.06 |
| Electronic Transfers | 333,656.03 | 480,955.72 |
| Other Credits | . | . |
| Subtotal | 333,656.03 | 2,062,832.78 |
| **DEBITS** | | |
| Electronic Transfers | . | (322,766.63) |
| Margin Interest Charged | . | . |
| Other Debits/WCMA Loan | (333,656.03) | (459,567.89) |
| Visa Purchases (debits) | . | . |
| ATM/Cash Advances | . | (1,289,812.08) |
| Checks Written/Bill Payment | . | (2,072,146.60) |
| Subtotal | (333,656.03) | . |
| Net Cash Flow | . | ($9,313.82) |
| Dividends/Interest Income | . | . |
| Security Purchases/Debits | . | . |
| Security Sales/Credits | . | . |
| Closing Cash/Money Accounts | . | . |
| Securities You Transferred In/Out | . | . |

J.S. SUAREZ INC.

Account Number: 850-07A36

24-Hour Assistance: (866) 4ML BUSINESS
Access Code: 91.850-07236

September 29, 2007 - October 31, 2007

## YOUR WCMA TRANSACTIONS

### CASH/OTHER TRANSACTIONS

| Date | Transaction Type | Quantity | Description | Debit | Credit |
|---|---|---|---|---|---|
| 10/01 | WCMA Loan Int | | COMMERCIAL LOAN INT | 4,701.72 | |
| 10/01 | Loan Advanced | | WCMA LOAN ADVANCED | | 4,701.72 |
| 10/01 | Loan Advanced | | WCMA LOAN ADVANCED | | |
| 10/29 | Loan Payment | | WCMA LOAN PAYMENT TR FROM 85022Q24 | 333,656.03 | |
| 10/29 | Journal Entry | | AS OF 10 26 2007 | | 333,656.03 |

Subtotal (Other Debits/Credits) | 338,357.75 | 338,357.75

NET TOTAL

### LOAN ACCOUNT ACTIVITY
Line of Credit .00 Limit

Loan by Merrill Lynch Business Financial Services

| Effective Date | Description | Amount | Loan Balance | Interest From | Calculated To | Number of Days | Interest Rate* | Interest Accrued |
|---|---|---|---|---|---|---|---|---|
| 10/01 | Opening Balance | | 522,433.09 | | | | | |
| 10/01 | Loan Advance | 4,701.72 | 527,134.81 | 10/01 | 10/02 | 1 | 10.52% | 154.15 |
| 10/02 | Loan Balance | | 527,134.81 | 10/02 | 10/03 | 1 | 10.52% | 154.05 |
| 10/03 | Loan Balance | | 527,134.81 | 10/03 | 10/04 | 1 | 10.52% | 154.14 |
| 10/04 | Loan Balance | | 527,134.81 | 10/04 | 10/08 | 4 | 10.52% | 616.45 |
| 10/08 | Loan Balance | | 527,134.81 | 10/08 | 10/09 | 1 | 10.52% | 154.07 |
| 10/09 | Loan Balance | | 527,134.81 | 10/09 | 10/10 | 1 | 10.52% | 154.04 |
| 10/10 | Loan Balance | | 527,134.81 | 10/10 | 10/11 | 1 | 10.51% | 153.98 |
| 10/11 | Loan Balance | | 527,134.81 | 10/11 | 10/12 | 1 | 10.51% | 153.90 |
| 10/12 | Loan Balance | | 527,134.81 | 10/12 | 10/15 | 3 | 10.49% | 460.86 |
| 10/15 | Loan Balance | | 527,134.81 | 10/15 | 10/16 | 1 | 10.46% | 153.16 |
| 10/16 | Loan Balance | | 527,134.81 | 10/16 | 10/17 | 1 | 10.44% | 152.94 |
| 10/17 | Loan Balance | | 527,134.81 | 10/17 | 10/18 | 1 | 10.43% | 152.80 |
| 10/18 | Loan Balance | | 527,134.81 | 10/18 | 10/19 | 1 | 10.42% | 152.59 |
| 10/19 | Loan Balance | | 527,134.81 | 10/19 | 10/22 | 3 | 10.39% | 456.74 |
| 10/22 | Loan Balance | | 527,134.81 | 10/22 | 10/23 | 1 | 10.35% | 151.55 |
| 10/23 | Loan Balance | | 527,134.81 | 10/23 | 10/24 | 1 | 10.29% | 150.71 |
| 10/24 | Loan Balance | | 527,134.81 | 10/24 | 10/25 | 1 | 10.27% | 150.42 |
| 10/25 | Loan Balance | | 527,134.81 | 10/25 | 10/26 | 1 | 10.25% | 150.18 |
| 10/26 | Loan Balance | | 527,134.81 | 10/26 | 10/29 | 3 | 10.21% | 448.89 |

PS. SUAREZ INC.

Account Number: 850-07A36

**TOTAL MERRILL**

September 29, 2007 - October 31, 2007

## YOUR WCMA TRANSACTIONS

**LOAN ACCOUNT ACTIVITY** (continued)

Line of Credit .00 Limit

Loan by Merrill Lynch Business Financial Services

| Effective Date | Description | Amount | Loan Balance | Interest From | Calculated To | Number of Days | Interest Rate* | Interest Accrued |
|---|---|---|---|---|---|---|---|---|
| 10/29 | Loan Payment | 333,656.03CR | 193,478.78 | 10/29 | 10/30 | 1 | 10.19% | 54.77 |
| 10/30 | Loan Balance | | 193,478.78 | 10/30 | 10/31 | 1 | 10.15% | 54.57 |
| 10/31 | Loan Balance | | 193,478.78 | 10/31 | 11/01 | 1 | 10.11% | 54.37 |
| 10/31 | Closing Balance | | 193,478.78 | | | | | |

*The total interest due for the period 10/01/07 to 11/01/07 is 4,439.33 and will be charged to your WCMA Account on the first business day of November.

*Interest Rate: LONDON INTERBANK OFFERED RATE Plus 5.40% (see your loan documentation for further information).

WCMA Loan Interest Paid Year-to-Date 45,146.42.

**EXHIBIT "B"**

# NYS Department of State

## Division of Corporations

### Entity Information

---

Selected Entity Name: SUAREZ NEW YORK LLC

Selected Entity Status Information

**Current Entity Name:** SUAREZ NEW YORK LLC
**Initial DOS Filing Date:** MAY 25, 2007
**County:** NEW YORK
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC LIMITED LIABILITY COMPANY
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
SUAREZ NEW YORK LLC
1 MAIDEN LANE, 5TH FLOOR
NEW YORK, NEW YORK, 10038

**Registered Agent**
SPIEGEL & UTRERA, P.A.P.C.
1 MAIDEN LANE, 5TH FLOOR
NEW YORK, NEW YORK, 10038

NOTE: New York State does not issue organizational identification numbers.

Search Results          New Search

Division of Corporations, State Records and UCC Home Page      NYS Department of State Home Page