**TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.**
*Attorneys for Defendants*
425 Park Avenue
New York, New York 10022
(212) 754-9400
Scott S. Markowitz (SSM-0849)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MERRILL LYNCH BUSINSESS FINANCIAL
SERVICES, INC.

               Plaintiff,                               Index No. 07 CV 9728 (NRB)

    -against-

J.S. SUAREZ, INC., RAMONA SUAREZ,
MATTHEW SUAREZ,and "John Doe #1 "THROUGH
"JOHN DOE #12 the last twelve names being fictitious
and unknown to plaintiff, being persons having or claiming
interest in or lien upon the chattel described in the complaint

              Defendant.
-----------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                ss.:
COUNTY OF NEW YORK)

       Christine M. Ortiz, being duly sworn, deposes and says:

       Deponent is not a party to this proceeding, is over 18 years of age and resides in Queens, New York.

       On November 26, 2007, deponent served **Answer** by facsimile and email to the last known address of the parties on the annexed list:

                    **Spencer L. Schneider, Esq.**
                    **Facsimile No.: (212) 233-9713**
                    **Email Address: sschneider@slsatty.com**

                                                     /s/ *Christine M. Ortiz*
                                                   **Christine M. Ortiz**

**Sworn to before me this 26th**
**day of November, 2007**

/s/ *Matthew Zangwill*
**Notary Public, State of New York**
**No. 01ZA6137300**
**Qualified in Richmond County**
**My Commission Expires Nov. 21, 2009**