TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
*Attorneys for Defendants*
425 Park Avenue
New York, New York 10022
(212) 754-9400
Scott S. Markowitz (SSM-0849)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MERRILL LYNCH BUSINSESS FINANCIAL
SERVICES, INC.

                Plaintiff,                    Index No. 07 CV 9728 (NRB)

        -against-

J.S. SUAREZ, INC., RAMONA SUAREZ,
MATTHEW SUAREZ,and "John Doe #1 "THROUGH
"JOHN DOE #12 the last twelve names being fictitious
and unknown to plaintiff, being persons having or claiming
interest in or lien upon the chattel described in the complaint

                Defendant.
-----------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                     ss.:
COUNTY OF NEW YORK)

      Christine M. Ortiz , being duly sworn, deposes and says:

      Deponent is not a party to this proceeding, is over 18 years of age and resides in Queens ,
New York.

      On November 26, 2007, deponent served **Defendant's Opposition to Motion for Siezure**
by facsimile and email to the last known address of the parties on the annexed list:

                **Spencer L. Schneider, Esq.**
                **Facsimile No.: (212) 233-9713**
                **Email Address: sschneider@slsatty.com**

                              _/s/ Christine M. Ortiz_
                              **Christine M. Ortiz**

**Sworn to before me this 26th**
**day of November, 2007**

_/s/ Matthew Zangwill_
**Notary Public, State of New York**
**No. 01ZA6137300**
**Qualified in Richmond County**
**My Commission Expires Nov. 21, 2009**