UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
MERRILL LYNCH BUSINESS FINANCIAL
SERVICES INC.,                                                :        07 CV 9728 (NRB)
                                                              :
                        Plaintiff,                            :
                                                              :
            -against-                                         :
                                                              :        **NOTICE OF APPEARANCE**
J.S. SUAREZ, INC., RAMONA SUAREZ, MATTHEW     :
SUAREZ, SUAREZ NEW YORK LLC,                                  :
and "JOHN DOE #1" THROUGH "JOHN DOE #12"      :
the last twelve names being fictitious                        :
and unknown to plaintiff, being persons having or             :
claiming an interest in or lien upon the chattel described    :
in the complaint,                                             :
                                                              :
                        Defendants.                           :
------------------------------------------------------------------------x

   **PLEASE TAKE NOTICE** that the undersigned hereby appears in this action as co-

counsel on behalf of plaintiff and requests that all papers in this action be served upon him at his

address listed below.


Dated:  New York, New York
        December 10, 2007                    JOEL A. SIEGEL (JS-2974)


                                              /s/
                                             _____
                                             Co-Counsel for Plaintiff
                                             70 Lafayette Street, 7th Floor
                                             New York, New York 10013-4000
                                             Tel: 212-233-6900
                                             Fax: 212-233-9713
                                             jasnycesq@aol.com