

**SPENCER L. SCHNEIDER, Esq.**

ATTORNEY AT LAW
70 Lafayette Street, New York, NY 10013
Ph: 212-233-7400, Fx: 212-233-9713
www.slsatty.com, sschneider@slsatty.com

**MEMO ENDORSED**

April 23, 2008

Merrill Lynch Business Financial Services Inc. v. J.S. Suarez, Inc. et al.
U.S. District Court, Southern District of N.Y., 07 CV 9728 (NRB)

Dear Judge Buchwald:

    I represent plaintiff in the above-captioned matter. I am writing, with the consent of counsel for defendants to request that the stipulation of settlement, so ordered on December 27, 2007 (Docket Entry No. 22), be modified to revise paragraph 1 as follows:

    "1. Defendants agree to repay the remaining Obligations owed to plaintiff, as defined in the WCMA Note referenced in the Amended Complaint, by the dates set forth below in the corresponding amounts:

April 2008: 11th ($2,000); 18th ($2,000); 25th ($2,000)
May 2008: 2nd ($2,000); 9th ($2,000); 16th ($4,000); 23rd ($4,000); 30th ($2,500)
June 2008: 6th ($2,000); 13th ($2,500); 20th ($2,500); 27th ($2,000)
July 2008: 4th ($2,000); 11th ($4,000); 18th ($4,000); 25th ($3,000)
August 2008: 1st ($2,000); 8th ($2,000); 15th ($2,000); 22nd ($2,000); 29th ($2,000)
September 2008: 5th ($2,000); 12th ($2,000); 19th ($2,000); 26th ($2,000)
October 2008: 3rd ($2,500); 10th ($2,500); 17th ($2,500); 24th ($2,500); 31st ($2,000)
November 2008: 7th ($2,000); 14th ($2,000); 21st ($2,000); 28th ($2,000)
December 2008: 5th ($2,000); 12th ($3,000); 19th ($4,000); 26th ($4,000)
January 2009: 2nd ($3,000); 9th ($2,000); 16th ($4,000); 23rd ($4,000); 30th ($2,000)
February 2009: 6th ($2,000); 13th ($2,000); 20th ($2,000); 27th ($2,000)
March 2009: 6th ($2,000); 13th ($2,000); 20th ($2,000); 27th ($2,000)
April 3, 2009: the remaining balance of the Obligations."

    All other terms of the Stipulation and Order shall remain in effect.

Respectfully,

Spencer L. Schneider

The Honorable Naomi R. Buchwald
April 23, 2008
Page 2

The Honorable Naomi R. Buchwald
 United States District Judge
  United States District Court, Southern District of NY
   500 Pearl Street, Room 2270
    New York, New York 10007-1312

By Facsimile – (212) 805-7927

Copy, by facsimile, to:
Scott Markowitz, Esq. – (212) 754-6262

SO ORDERED:

_____
U.S.D.J.   6/19/08